UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

IN RE:

*ONE APUS* CONTAINER SHIP INCIDENT ON
NOVEMBER 30, 2020

*This Document Relates to Federal Insurance
Company v. Topocean Consolidation Service (Los
Angeles) Inc., Case No. 1:22-cv-05273*
-------------------------------------------X

22-md-3028 (PAE)

STIPULATION FOR DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(ii)

It is hereby stipulated by all parties to Case No. 1:22-cv-5273 that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorney's fees and costs.

Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 18, 2022

GIBSON ROBB & LINDH LLP

_____
JOSHUA A. SOUTHWICK
jsouthwick@gibsonrobb.com
Attorney for Plaintiff
FEDERAL INSURANCE COMPANY

Dated: July 18, 2022

ROBERTS & KEHAGIARAS LLP

_____
ANDREW D. KEHAGIARAS
adk@tradeandcargo.com
Attorney for Defendant
TOPOCEAN CONSOLIDATION SERVICE
(LOS ANGELES) INC