UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>AMERICAN COMMERCIAL TRANSPORT, INC ET AL,<br><br>                       Defendants. | Case No. 1:22-cv-06386-PAE<br><br>*(Lead Case: 1:22-md-03028-PAE)*<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John D. Giffin, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Third-Party Defendant and Cross-Defendant HMM CO LTD (formerly known as HYUNDAI MERCHANT MARINE CO LTD) in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: October 19, 2022

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
October 20, 2022

_____
JOHN D. GIFFIN
CASB NO. 89608
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 398-6000
Email: john.giffin@kyl.com

Attorneys for Third-Party Defendant and Cross-Defendant HMM CO LTD (formerly known as HYUNDAI MERCHANT MARINE CO LTD)

- 1 -

KYL4879-7447-4041.1