UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

*ONE APUS* CONTAINER SHIP INCIDENT ON NOVEMBER 30, 2020.

22 Md. 3028 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court directs counsel in *Tokio Marine New Ins., Co., Ltd. v. Orient Express Container Co., Ltd*, formerly docketed at No. 21 Civ. 9194, to notify the Court whether the Complaint in that action, which had not been served as of March 22, 2022, Dkt. 33, has since been served. If not, the Court extends the time for service nunc pro tunc, until Thursday, November 3, 2022.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 20, 2022
       New York, New York