UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

IN RE:

*ONE APUS* CONTAINER SHIP INCIDENT ON
NOVEMBER 30, 2020

22-md-3028 (PAE)

[PROPOSED] ORDER GRANTING
STIPULATION FOR DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(ii)

*This Document Relates to Travelers Property
Casualty Company of America. v. America
Commercial Transport Inc., et al.,
Case No. 1:22-cv-06386*
------------------------------------------X

The Court, having considered the Stipulation for Dismissal With Prejudice Pursuant to FRCP 41(a)(1)(A)(ii), finds good cause exists, and does hereby dismiss all claims made by Plaintiff TRAVELERS CASUALTY COMPANY OF AMERICA as against Defendant TRANSLINK SHIPPING, INC. in the above-referenced action. This dismissal does not reach any claims asserted by other plaintiffs against other defendants in the subject action.

**IT IS SO ORDERED.**

*/s/ Paul A. Engelmayer*
Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
For the Southern District of New York
Dated this 25th day of October 2022