

CHRYSLER BUILDING
405 LEXINGTON AVE., 26TH FLOOR
NEW YORK, NY 10174
212-354-0025
FAX: 212-869-0067

TL@TISDALE-LAW.COM

**TISDALE & NAST**
LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT, CT 06890
203-254-8474
FAX: 203-254-1641

WWW.TISDALE-LAW.COM

November 17, 2022

<u>*Via ECF*</u>
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **In re: One Apus Container Ship Incident on November 30, 2020**
             **1:22-md-03028-PAE**

Dear Judge Engelmayer,

    We are liaison counsel for the NVOCCs in this matter and write to respectfully request an extension to file the NVOCCs' Motion for Alternative Service up to and including November 23, 2022. The original due date is November 19, 2022. (MDL ECF No. 180). This is the first requested extension of this deadline and, as of the filing of this letter motion, no NVOCC has expressed objection to this request. This requested extension will not affect any other scheduled dates.

    We thank the Court for its consideration of this request.

Granted.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
November 17, 2022

Respectfully Submitted,

*Thomas L. Tisdale*
Thomas L. Tisdale