# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Timothy Semenoro**
Admitted in New York, New Jersey

437 Madison Avenue
New York, NY 10022
Tel: 212-867-9500

Direct Dial:   212-551-7793
Fax:   212-599-1759
Email:   tsemenoro@mmwr.com

December 21, 2022

<u>Via ECF</u>
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re: One Apus Container Ship Incident on November 30, 2020*
   *1:22-md-03028-PAE (lead case)*

Dear Judge Engelmayer,

   We are attorneys for Chidori Ship Holding LLC and Jessica Ship Holding SA, making restricted appearances as owners and bareboat charterers, respectively, of the M/V ONE APUS. We write on behalf of Vessel Interests to confirm the composition of the Vessel Interests committee.

   Specifically, Vessel Interests have selected the following attorneys to act as committee members:

| Attorney | Law Firm | Client(s) |
| --- | --- | --- |
| Timothy Semenoro | Montgomery McCracken Walker & Roads LLP | Chidori Ship Holding LLC and Jessica Ship Holding S.A. |
| Randolph H. Donatelli | Lyons & Flood, LLP | Ocean Network Express Pte Ltd. |
| Edward Keane | Mahoney & Keane, LLP | Yang Ming Transport Corp. |

Montgomery McCracken Walker & Rhoads LLP

December 21, 2022
Page 2

If there are any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

**MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP**

*Attorneys for Defendants
M/V ONE APUS,
Chidori Ship Holding LLC, and
Jessica Ship Holding SA*

*/s/ Timothy Semenoro*
Timothy Semenoro
Robert E. O'Connor
Alan Nakazawa

CC by ECF to all counsel of record