

CHRYSLER BUILDING
405 LEXINGTON AVE., 26TH FLOOR
NEW YORK, NY 10174
212-354-0025
FAX: 212-869-0067

TL@TISDALE-LAW.COM

**TISDALE & NAST**
LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT, CT 06890
203-254-8474
FAX: 203-254-1641

WWW.TISDALE-LAW.COM

December 28, 2022

*<u>Via ECF</u>*
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: **In re: One Apus Container Ship Incident on November 30, 2020**
      **1:22-md-03028-PAE**

Honorable Sir:

  In accordance with the Court's order issued on December 20, 2022 (ECF No. 331), as Liaison Counsel for the NVOCC Group, I am pleased to report the status of the three requests for extensions of suit time which were unresolved as of our last report.

  I have been advised that one cargo counsel is awaiting responses to requests for extensions of suit time until August 31, 2023, from three NVOCCs. Counsel for DSV Ocean Transport has confirmed to cargo counsel that an extension has been granted until August 31, 2023. Counsel representing UPS Asia Group and TONS Logistics reports that he has recommended to his clients that they grant the requested extensions, and he expects to receive his clients' confirmation within the next week. With the Court's permission, we will report further when this extension has been granted.

  We appreciate the Court's efforts in managing this MDL and on behalf of all counsel, we extend our best wishes for a peaceful and healthy New Year.

            Respectfully,

            Thomas L. Tisdale