# McKew Law Firm
*a professional service limited liability company*

February 26, 2023

<u>VIA ECF</u>

Hon. Paul A. Engelmayer
U.S. District Judge
U.S. Courthouse
49 Foley Square
New York, NY 10007

Re: In re: One Apus Container Ship Incident on November 30, 2020
1:22-md-3028-PAE
This Letter Motion pertains to:
Mitsui Sumitomo Insurance Company of America, et al. v. M/V ONE Apus et al., 1:22-cv-08233

Dear Judge Engelmayer:

This firm represent Alliance Cargo Group (HK) Ltd. ("Alliance") and we write to request with the consent of plaintiff's counsel an extension of time to file an answer from February 21, 2023, to March 14, 2023. No prior request for an extension of time to answer has been requested. The requested extension will not affect any other scheduled dates in this matter.

Thank you for your consideration of this request.

Respectfully submitted,

Mark L. McKew
mmckew@mckewlaw.com
Extension 125

MLM/em

Granted. SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
February 27, 2023

1725 York Avenue, Suite 29A, New York, NY 10128
Tel: (212) 876-6783, Fax: (347) 379-4772