In re One Apus - 22-MD-3028 PAE

**Claims included in the Settlement Agreement Schedule C**

| Docket No. | Caption | Counsel to Cargo Interests | Status |
|---|---|---|---|
| SDNY 21-cv-7994 | MSIG et al v Danmar | Nicoletti Hornig & Sweeney | Claim documents under review |
| SDNY 21-cv-9194 | Tokio Marine v Orient Express | Hill Rivkins LLP | Claim documents under review |
| SDNY 21-cv-9195 | Atlantic Specialty et al v China International | Hill Rivkins LLP | Claim documents under review |
| CD Cal 21-cv-08784 / SDNY 22-cv-6386 | Travelers v American Commercial et al | Gibson Robb | Claim documents under review |
| DNJ 21-cv-19924 / SDNY 22-cv-6370 | Travelers v Dynamic Worldwide | Gibson Robb / Nicoletti Hornig & Sweeney | Settlement being discussed |
| SDNY 21-cv-9370 | Starr et al v Trust Freight et al | Nicoletti Hornig & Sweeney | Claim documents under review |
| SDNY 21-cv-9388 | Travelers v All-Ways et al | Gibson Robb | Claim documents under review |
| SDNY 21-cv-9546 | Navigators v Kintetsu et al | Gibson Robb | Settlement being discussed; Claim documents under review |
| SD Tex 21-cv-3809 / SDNY 22-cv-5227 | Starr v Crane Worldwide | Nicoletti Hornig & Sweeney | Claim documents under review |
| SDNY 21-cv-9858 | Hanesbrands et al v EFL Container et al | Nicoletti Hornig & Sweeney | Claim documents under review |
| SDNY 21-cv-10113 | PIC of China v Damco et al | Hill Rivkins LLP | Claim documents under review |
| SDNY 21-cv-10177 | XL Ins et al v All-Ways et al | Law office of John Ryan | Documents to be exchanged |
| SDNY 21-cv-10183 | National Union et al v Kuhne + Nagle et al | Law office of John Ryan | Documents to be exchanged |
| SDNY 21-cv-10344 | Altantic Specialty v All-Ways et al | Hill Rivkins LLP | Claim documents under review |
| ND Cal 21-cv-8642 / SDNY 22-cv-5403 | Travelers v Flexport et al | Gibson Robb | Claim documents under review |
| SDNY 21-cv-10173 | Huatai Property v Yang Ming | Law office of John J. Janiec | Settlement being discussed |
| SDNY 21-cv-9992 | Federal Ins v Laufer Group et al | Casey & Barnett LLC | Claim documents under review |
| EDNY 21-cv-6856 / SDNY 22-cv-5223 | Navigators v Airport Clearance | Nicoletti Hornig & Sweeney | Claim documents under review |
| CD Cal 21-cv-9007 / SDNY 22-cv-5269 | Liberty Mutual et al v CNK Line et al | Gibson Robb | Claim documents under review |
| ND Cal 21-cv-8879 / SDNY 22-cv-5226 | Starr v Apex Maritime et al | Nicoletti Hornig & Sweeney | Claim documents under review |
| DNJ 21-cv-20152 / SDNY 22-cv-6384 | Liberty Mutual v American Int'l | Nicoletti Hornig & Sweeney | Claim documents under review |
| CD Cal 21-cv-9159 / SDNY 22-cv-5265 | Navigators v Apex Logistics et al | Gibson Robb | Claim documents under review |
| CD Cal 21-cv-8985 / SDNY 22-cv-5326 | Ashtead Holdings v De Well et al | Gibson Robb | Claim documents under review |
| CD Cal 21-cv-9290 / SDNY 22-cv-5400 | State National Ins v De Well et al | Gibson Robb | Claim documents under review |
| CD Cal 21-cv-8957 / SDNY 22-cv-5399 | Indemnity Ins Co of NA v Flexport et al | Gibson Robb | Claim documents under review |
| CD Cal 21-cv-8974 / SDNY 22-cv-5277 | Altantic Specialty v Apex Logistics et al | Gibson Robb | Claim documents under review |
| CD Cal 21-cv-8947 / SDNY 22-cv-5397 | Meyer Corp et al v Apex Maritime et al | Gibson Robb | Claim documents under review |

Claims included in the Settlement Agreement Schedule C

| Docket No. | Caption | Counsel to Cargo Interests | Status |
|---|---|---|---|
| ND Ill 21-cv-6498 / SDNY 22-cv-6385 | Indemnity Ins Co of NA et al v Dimerco Express | Kozacky Weitzel McGrath | Claim documents under review |
| ND Ill 21-cv-6383 / SDNY 22-cv-5245 | Federal Ins v AIT Worldwide | Kozacky Weitzel McGrath | Claim documents under review |
| SDNY 21-cv-09975 | Federal Ins v Orient Express | Casey & Barnett LLC | Claim documents under review |
| 1:21-cv-09935 | Federal Ins v US Pacific Transport et al | Casey & Barnett LLC | Claim documents under review |
| D Or 21-cv-1703 / SDNY 22-cv-5225 | Navigators v Oregon Int'l | Gibson Robb | Claim documents under review |
| MD Tenn 21-cv-883 / SDNY 22-cv-5228 | Navigators v Woldbridge Logistics | Gibson Robb | Claim documents under review |
| CD Cal 21-cv-8491 / SDNY 22-cv-7373 | Great America Ins v ITL USA | Gibson Robb | Settlement being discussed |
| ND Cal 21-cv-9083 / SDNY 22-cv-5302 | Ace American v UPS Asia | Gibson Robb | Claim documents under review |
| ND Ill 21-cv-6406 / SDNY 22-cv-5241 | Navigators v RIM Logistics | Gibson Robb | Claim documents under review |
| WD Wa 21-cv-1598 / SDNY 22-cv-5235 | Navigators v Expeditors | Gibson Robb | Claim documents under review |
| SDNY 21-cv-10172 | Roanoke Ins v Kuehne + Nagel et al | Kennedys | Documents to be exchanged |
| SDNY 21-cv-10554 | Starr v Airport Clearance | Nicoletti Hornig & Sweeney | Claim documents under review |
| WD Wa 21-cv-1593 / SDNY 22-cv-5233 | Liberty Mutual v Expeditors | Nicoll Black & Feig | Claim documents under review |
| WD Wa 21-cv-1606 / SDNY 22-cv-5238 | Starr v Expeditors | Nicoll Black & Feig | Claim documents under review |
| SDNY 22-cv-2118 | Starr v Steam Logistics | Nicoletti Hornig & Sweeney | Claim documents under review |
| SDNY 22-cv-2406 | Travelers v DJR Logistics | Nicoletti Hornig & Sweeney | Settled |
| SDNY 22-cv-2678 | Munich Re v Shipco | Kennedys | Claim documents under review |
| SDNY 22-CV-1808 | Starr v US Pacific Transport | Nicoletti Hornig & Sweeney | Claim documents under review |
| SDNY 21-cv-9929 | Chubb v Shipco | Casey & Barnett LLC | Claim documents under review |
| SDNY 22-CV-3836 | Union Ins et al v Soonest Express | White & Williams | Claim documents under review |
| SDNY 22-cv-2481 | Chubb v Kintetsu | Casey & Barnett LLC | Claim documents under review |
| ND Cal 22-cv-3429 / SDNY 22-cv-7368 | MSIG v Starlink Freight et al | White & Williams | Settled |
| SDNY 22-cv-5548 | HDI Global v Kuehne + Nagel | Nicoletti Hornig & Sweeney | Claim documents under review |
| SDNY 22-cv-6756 | Starr v MOL Worldwide | Nicoletti Hornig & Sweeney | Claim documents under review |
| SDNY 22-cv-8233 | Mitsui Sumitomo et al v ONE et al | Kennedys | Claim documents under review |
| SDNY 22-CV-7943 | Travelers v Expeditors et al | Gibson Robb | Claim documents under review |
| SDNY 22-cv-3456 | Affiliated FM Ins et al v Kuehne + Nagel | Hill Rivkins | Claim documents under review; Settlement being discussed |
| SDNY 22-cv-3461 | Falvey Cargo v Kuehne + Nagel | Hill Rivkins | Claim documents under review |
| SDNY 22-cv-3462 | Certain Interested Underwriters v Kuehne + Nagel | Hill Rivkins | Claim documents under review |

Claims included in the Settlement Agreement Schedule C

| Docket No. | Caption | Counsel to Cargo Interests | Status |
|---|---|---|---|
| SDNY 22-cv-3464 | AGCS Marine Ins v Kuehne + Nagel | Hill Rivkins | Claim documents under review |
| SDNY 22-cv-4342 | Falvey Cargo et al v Expeditors | Hill Rivkins | Claim documents under review |
| SDNY 22-cv-4343 | Continental Ins v Expeditors | Hill Rivkins | Claim documents under review |
| SDNY 22-cv-4403 | AGCS Marine Ins et al v Expeditors | Hill Rivkins | Claim documents under review |
| SDNY 22-cv-4398 | Endurance American Ins v Expeditors | Hill Rivkins | Claim documents under review |
| SDNY 22-cv-8371 | Brit Syndicates v Expeditors | Clyde & Co. | Claim documents under review |
| SDNY 22-cv-4609 | D.A. Direct v China Int'l | Hill Rivkins | Claim documents under review |
| SDNY 22-cv-8094 | Brit Syndicates v UPS | Nicoletti Hornig & Sweeney | Claim documents under review |
| SDNY 22-cv-8237 | Tokio Marine v. Eagle Logistics et al | Nicoletti Hornig & Sweeney | Claim documents under review |
| SDNY 22-cv-8238 | AIG Seguros v Hapag Lloyd | Caruso Glynn LLC | Settlement being discussed |
| ED Pa 22-cv-5096 / SDNY 23-cv-2915 | HDI Global v Silver Birch | Casey & Barnett LLC | Claim documents under review |
| SDNY 22-cv-10997 | Hooker Furniture et al v Terra Worldwide et al | Law office of John Ryan | Documents to be exchanged |
| ND Cal 21-cv-9376 / SDNY 22-cv-5401 | Paeg et al v Flexport et al | Hill Rivkins Brown & Associates | Claim documents under review |
| ND Cal 21-cv9283 / SDNY 22-cv-5224 | SME Consolidated et al v Apex Matitime et al | Hill Rivkins Brown & Associates | Claim documents under review |
| SDNY 22-CV-8233 | Affiliated FM Ins et al v ONE et al | Kennedys | Claim documents under review |
| SDNY 23-cv-2696 | Tokio Marine v American Pacific Container | Clyde & Co. | Claim documents under review |

In re One Apus - 22-MD-3028 PAE

**Claims not included in the Settlement Agreement**

| Docket No. | Caption | Cargo Interests Counsel | Status |
|---|---|---|---|
| CD Cal 21-cv-8784 / SDNY 22-cv-6386 (Partial) | Travelers v American Commercial et al | Gibson Robb | 1 of 20 containers not included in Settlement Agreement |
| SDNY 22-cv-5277 (Partial) | Independent Ins of NA v Tianshi Logistics | Gibson Robb | 2 of 19 containers not included in Settlement Agreement |
| SDNY 22-cv-5273 | Federal Ins v TopOcean | Gibson Robb | 4 containers not included in Settlement Agreement |
| SDNY 21-cv-9370 (Partial) | Liberty Mutual v Yang Ming | Nicoletti Hornig & Sweeney | 4 of 28 containers not included in Settlement Agreement |
| SDNY 21-cv-10177 (Partial) | Electrolux Holding v Yang Ming | Law Office of John Ryan | 2 of 24 containers not included in Settlement Agreement |
| SDNY 21-cv-10173 (Partial) | Huatai Property v Yang Ming | Law office of John J. Janiec | 20 of 31 containers not included in Settlement Agreement |
| DNJ 21-cv-20152 / SDNY 22-cv-6384 (Partial) | Liberty Mutual v American Int'l | Nicoletti Hornig & Sweeney | 1 of 4 containers not included in Settlement Agreement |
| CD Cal 21-cv-9159 / SDNY 22-cv-5265 | Navigators v Hecny Shipping | Gibson Robb | 1 container not included in Settlement Agreement |
| CD Cal 21-cv-9290 / SDNY 22-cv-5400 (Partial) | State National Ins v De Well | Gibson Robb | 1 of 3 containers not included in Settlement Agreement |
| CD Cal 21-cv-9083 / SDNY 22-cv-5302 (Partial) | Federal Ins v American Pacific Container et al | Gibson Robb | 5 of 8 containers not included in Settlement Agreement |
| SDNY 21-cv-10172 (Partial) | Roanoke Ins v Shipco | Kennedys | 1 of 3 containers not included in Settlement Agreement |
| SDNY 22-cv-8233 (Partial) | Affiliated FM Ins et al v ONE et al | Kennedys | 44 of 618 containers not included in Settlement Agreement |
| SDNY 21-cv-9388 (Partial) | Travelers v Master International | Gibson Robb | 1 of 24 containers not included in Settlement Agreement |
| CD Cal 21-cv-9007 / SDNY 22-cv-5269 (Partial) | Starr v CNK Line | Gibson Robb | 1 of 2 containers not included in Settlement Agreement |

In re One Apus - 22-MD-3028 PAE

**NVOCC actions**

| Docket No. | Caption | Plaintiffs Counsel | Status |
|---|---|---|---|
| SDNY 21-cv-9980 | De Well v Chidori et al | Guiliano McDonnell & Perrone, LLP | Reserved for now |
| SDNY 21-cv-10154 | All-Ways v Chidori et al | Guiliano McDonnell & Perrone, LLP | Reserved for now |
| SDNY 21-cv-10598 | DHL Global et al v Vanguard Logistics | Brown Gavalas & Fromm | Reserved for now |
| SDNY 21-cv-9752 | M+R Forwarding v Benkel Int'l | Blank Rome LLP | Reserved for now |
| DNJ 22-CV-1029 / SDNY 22-cv-5221 | CH Robinson v MV ONE APUS et al | Marwedel Minichello & Reeb, P.C. | Reserved for now |
| DNJ 22-cv-1022 / SDNY 22-cv-5220 | TopOcean et al v MV ONE APUS et al | Marwedel Minichello & Reeb, P.C. | Reserved for now |
| DNJ 22-cv-1031 / SDNY 22-cv-5222 | Damco v ONE APUS et al | Zeiler Floyd Zadkovich | Reserved for now |
| SDNY 22-cv-1815 | Apex Logistics et al v Chidori et al | Tisdale Law Offices | Reserved for now |
| SDNY 22-cv-6990 | UPS v Solaray et al | Lakis Law Offices | Reserved for now |
| SDNY 22-cv-8115 | UPS v Shenzhen et al | Lakis Law Offices | Reserved for now |