UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

ONE APUS CONTAINER SHIP INCIDENT ON NOVEMBER 30, 2020

This Document Relates to Cases 22-CV-5326; 22-CV-5400; 22-CV-6370; 2l-CV-9388; and 21-CV-10344

22-MD-3028 (PAE) (BCM)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2024

**BARBARA MOSES, United States Magistrate Judge.**

The Court will hold a pre-settlement telephonic conference with counsel only on **August 16, 2023**, at **11:00 a.m.** Call-in information will be provided by email.

At the conference, counsel must be prepared to discuss their availability, and the availability of their clients and/or representatives with settlement authority, for an in-person settlement conference.

Dated: New York, New York
August 13, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**