UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LIBERTY MUTUAL INSURANCE COMPANY, :
:
        Plaintiff, :
v. : 22-cv-06384 (PAE)
:
AMERICAN INTERNATIONAL CARGO :
SERVICE, INC., : Hon. Paul A. Engelmayer
:
        Defendants. :
:
:
***This Document Relates To:*** :
*IN RE:* :
*ONE APUS CONTAINR SHIP INCEDENT ON* :
*NOVEMBER 30, 2020; 22-MD-3028 (PAE).* :
:
------------------------------------------------------------X

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

On this day, the Court considered American International Cargo Service, Inc., and its attorneys' Motion for Leave to Withdraw (the "Motion") as counsel for Defendant. After considering the Motion, and being fully advised, the Motion shall be GRANTED.

IT IS THEREFORE ORDERED that Kenderick M. Jordan is hereby withdrawn and discharged as counsel of record for Defendant, American International Cargo Service, Inc. and shall be removed from the CM/ECF electronic distribution list.

Signed: August 13, 2024

*[signature: Paul A. Engelmayer]*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE