UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NAVIGATORS MANAGEMENT COMPANY, INC.,

          Plaintiff,

v.                                                                                    22-cv-05228 (PAE)

WORLDBRIDGE LOGISTICS, INC.                           Hon. Paul A. Engelmayer

          Defendant.

*This Document Relates To:*
*IN RE:*
*ONE APUS CONTAINR SHIP INCEDENT ON*
*NOVEMBER 30, 2020;* 22-MD-3028 (PAE).

-----------------------------------------------------------X

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

On this day, the Court considered Worldbridge Logistics, Inc., and its attorneys' Motion for Leave to Withdraw (the "Motion") as counsel for Defendant. After considering the Motion, and being fully advised, the Motion shall be GRANTED.

IT IS THEREFORE ORDERED that Kenderick M. Jordan is hereby withdrawn and discharged as counsel of record for Defendant, Worldbridge Logistics, Inc. and shall be removed from the CM/ECF electronic distribution list.

Signed: _____August 14, 2024_____

                                                                                        *Paul A. Engelmayer*
                                                            HON. PAUL A. ENGELMAYER
                                                            UNITED STATES DISTRICT JUDGE