UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                         :

NAVIGATORS MANAGEMENT COMPANY,  :
INC.,

           Plaintiff,        :

     v.                 :      22-cv-05265 (PAE)

TOPOCEAN CONSOLIDATION SERVICE  :
(LOS ANGELES), ET AL.,          Hon. Paul A. Engelmayer

           Defendants.     :

*This Document Relates To:*     :
*IN RE:*
*ONE APUS CONTAINR SHIP INCEDENT ON*  :
*NOVEMBER 30, 2020;* 22-MD-3028 (PAE).  :

------------------------------------------------------------X

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

     On this day, the Court considered TopOcean Consolidation Service (Los Angeles) Inc.

("TopOcean"), and its attorneys' Motion for Leave to Withdraw (the "Motion") as counsel for

Defendant, TopOcean. After considering the Motion, and being fully advised, the Motion shall be

GRANTED.

     IT IS THEREFORE ORDERED that Kenderick M. Jordan is hereby withdrawn and

discharged as counsel of record for Defendant, TopOcean Consolidation Service (Los Angeles),

Inc. and shall be removed from the CM/ECF electronic distribution list.

August 19, 2024

Signed: _____

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE