UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

C.H. ROBINSON INTERNATIONAL, INC.,

    Plaintiffs,

v.                   22-cv-05221 (PAE)

*M/V ONE APUS*, in rem, ET AL.       Hon. Paul A. Engelmayer

    Defendants.

***This Document Relates To:***
*IN RE:*
*ONE APUS CONTAINR SHIP INCEDENT ON*
*NOVEMBER 30, 2020;* 22-MD-3028 (PAE).

------------------------------------------------------------X

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

On this day, the Court considered C.H. Robinson International, Inc., and its attorneys' Motion for Leave to Withdraw (the "Motion") as counsel for Plaintiff. After considering the Motion, and being fully advised, the Motion shall be GRANTED.

IT IS THEREFORE ORDERED that Kenderick M. Jordan is hereby withdrawn and discharged as counsel of record for Plaintiff, C.H. Robinson International, Inc. and shall be removed from the CM/ECF electronic distribution list.

Signed: August 13, 2024

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE