UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AIT WORLDWIDE LOGSTICS, INC., ET AL.

               Plaintiffs,
v.

22-cv-05220 (PAE)

M/V ONE APUS, in rem, ET AL.

Hon. Paul A. Engelmayer

               Defendants.

*This Document Relates To:*
*IN RE:*
*ONE APUS CONTAINR SHIP INCEDENT ON*
*NOVEMBER 30, 2020;* 22-MD-3028 (PAE).

------------------------------------------------------------X

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

On this day, the Court considered AIT Worldwide Logistics, Inc., TopOcean Consolidation Service (Los Angeles) Inc., Worldbridge Logistics, Inc., and their attorneys' Motion for Leave to Withdraw (the "Motion") as counsel for Plaintiffs. After considering the Motion, and being fully advised, the Motion shall be GRANTED.

IT IS THEREFORE ORDERED that Kenderick M. Jordan is hereby withdrawn and discharged as counsel of record for Plaintiffs, AIT Worldwide Logistics, Inc., TopOcean Consolidation Service (Los Angeles) Inc., Worldbridge Logistics, Inc. and shall be removed from the CM/ECF electronic distribution list.

Signed: August 14, 2024

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE