UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

ONE APUS CONTAINER SHIP INCIDENT
ON NOVEMBER 30, 2020

This Document Relates to Cases 22-CV-5326; 22-CV-5400; 22-CV-6370; 2l-CV-9388; and 21-CV-10344

22-MD-3028 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed during the August 16, 2024 confidential pre-settlement conference, counsel for Chidori Ship Holding LLC and Jessica Ship Holding S.A. must meet and confer with counsel for Travelers Property Casualty Company of America, All-Ways Forwarding Int'l Inc., Dynamic Worldwide Logistics, Inc., Atlantic Specialty Insurance Company, State National Insurance Company, Inc., Ashtead Holdings Inc., and De Well Container Shipping, Inc., and file a joint letter, no later than **August 30, 2024**, updating the Court as to their settlement progress (without divulging confidential details) and advising the Court whether the formal settlement conference scheduled for September 26, 2024, is still required.

Dated: New York, New York
       August 19, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**