UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE ONE APUS CONTAINER SHIP    :
INCIDENT ON NOVEMBER 30, 2020    :    22-md-3028 (PAE)
:
-------------------------------------------------------------X
:
This Filing Relates to Case No. 22-cv-4343    :
:
-------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between all appearing parties to Civil Action No. 22-cv-4343 (PAE), through their respective undersigned counsel, that said case is dismissed voluntarily in its entirety with prejudice, and with each party bearing its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 11, 2024

HILL RIVKINS LLP

By: _____
Justin M. Heilig
45 Broadway, Suite 2110
New York, NY 10006
Tel: (212) 669-0600

*Attorneys for Plaintiff Continental Insurance Company*

LANE POWELL PC

By: _____
Steven W. Block
1420 5th Avenue, Suite 4200
Seattle, WA 98101
Tel: (206) 223-7000

*Attorneys for Defendant/Third-Party Plaintiff Expeditors International of Washington, Inc.*

LYONS & FLOOD, LLP

By: /s/ Randolph H. Donatelli

Randolph H. Donatelli
The Towers, Suite 206
111 Great Neck Road
Great Neck, NY 11021
Tel: (212) 594-2400

*Attorneys for Third-Party Defendant Ocean Network Express, Pte., Ltd.*

MAHONEY & KEANE, LLP

By: /s/ Garth S. Wolfson

Garth S. Wolfson
40 Worth Street, Suite 602
New York, NY 10013
Tel: (212) 385-1422

*Attorneys for Third-Party Defendant Yang Ming Marine Transport Corp.*