**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>ONE APUS CONTAINER SHIP INCIDENT ON NOVEMBER 30, 2020 | 22-md-03028 (PAE) |
| This Document Relates to 22-cv-05326 (PAE) only.<br><br>ASHTEAD HOLDINGS INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>DE WELL CONTAINER SHIPPING, INC. and DOES ONE through TEN,<br><br>      Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action (1:22-cv-05326) is voluntarily dismissed in its entirety, including the Complaint, with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 11, 2024

| GIBSON ROBB & LINDH LLP | KAYE ROSE AND PARTNERS LLP |
|---|---|
| *Attorneys for Plaintiff* <br> *Ashtead Holdings Inc.* | *Attorneys for Defendant* <br> *DE Well Container Shipping, Inc.* |
| By: _____ <br> Joshua A. Southwick <br> 1255 Powell Street <br> Emeryville, CA 94608 <br> (415) 348-6000 <br> jsouthwick@gibsonrobb.com | By: _____ <br> Frank C. Brucculeri <br> 723 Palisades Beach Road, Suite 108 <br> Santa Monica, CA 90402 <br> (310) 551-6555 <br> fbrucculeri@kayerose.com |