**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
                             :

IN RE ONE APUS CONTAINER SHIP    :
INCIDENT ON NOVEMBER 30, 2020    :        22-md-3028 (PAE)
                             :

-------------------------------------------------------------X
                             :

This Filing Relates to Case No. 21-cv-10344  :
                             :

-------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between all appearing

parties to Civil Action No. 21-cv-10344 (PAE), through their respective undersigned

counsel, that said case is dismissed voluntarily in its entirety with prejudice, and

with each party bearing its own costs and attorneys' fees, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii).

Dated: September 16, 2024

HILL RIVKINS LLP

By:_____

Justin M. Heilig
45 Broadway, Suite 2110
New York, NY 10006
Tel: (212) 669-0600

*Attorneys for Plaintiff Atlantic*
*Specialty Insurance Company*

GIULIANO MCDONNELL &
PERRONE LLP

By:_____

Joseph J. Perrone
5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel: (646) 328-0120

*Attorneys for Defendant All-Ways*
*Forwarding Int'l Inc.*

TISDALE & NAST LAW OFFICES,
LLC

By:

Thomas L. Tisdale
200 Park Ave, Suite 1700
New York, NY 10166
(212) 354-0025

*Attorneys for Defendant RS Logistics
Limited*


MONTGOMERY MCCRCKEN
WALKER & RHOADS LLP

By:_____

Timothy Semenoro
437 Madison Avenue
New York, NY 10022
(212) 867-9500

*Attorneys for Third-Party Defendants
Chidori Ship Holding LLC, Jessica Ship
Holding S.A., & NYK Shipmanagement
Pte, Ltd. (in personam) and M/V ONE
APUS (in rem)*


LYONS & FLOOD, LLP


By:_____

Randolph H. Donatelli
The Towers, Suite 206
111 Great Neck Road
Great Neck, NY 11021
Tel: (212) 594-2400

*Attorneys for Third-Party Defendant
Ocean Network Express, Pte., Ltd.*

TISDALE & NAST LAW OFFICES, LLC

By:_____

Thomas L. Tisdale
200 Park Ave, Suite 1700
New York, NY 10166
(212) 354-0025

*Attorneys for Defendant RS Logistics Limited*

MONTGOMERY MCCRCKEN WALKER & RHOADS LLP

By:_____

Timothy Semenoro
437 Madison Avenue
New York, NY 10022
(212) 867-9500

*Attorneys for Third-Party Defendants Chidori Ship Holding LLC, Jessica Ship Holding S.A., & NYK Shipmanagement Pte, Ltd. (in personam) and M/V ONE APUS (in rem)*

LYONS & FLOOD, LLP

By:_____

Randolph H. Donatelli
The Towers, Suite 206
111 Great Neck Road
Great Neck, NY 11021
Tel: (212) 594-2400

*Attorneys for Third-Party Defendant Ocean Network Express, Pte., Ltd.*