UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE:                                                                          22-md-3028 (PAE)

ONE APUS CONTAINER SHIP INCIDENT ON
NOVEMBER 30, 2020

*This Document Relates to "All Actions"*

------------------------------------------------------------ X

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## WITH CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that pursuant to Local Rule 1.4, Randolph Donatelli, an attorney with the firm of Lyons & Flood, PLLC, counsel for defendant/third-party defendant Ocean Network Express Pte. Ltd. ("ONE"), respectfully requests that the Court order his withdrawal as counsel of record for ONE. Mr. Donatelli seeks to withdraw because he will soon be leaving Lyons & Flood PLLC to join Thomas Miller (Americas), Inc. in Jersey City, NJ.

Mr. Donatelli's withdrawal will have no impact on the proceedings before this court because attorneys Jon Werner and Kirk Lyons of Lyons & Flood PLLC have appeared in this action to act for ONE. Mr. Donatelli is not retaining or charging a lien.

As required by Local Rule 1.4, this motion is being served on all parties (via ECF) and on ONE.

Dated: December 19, 2024

By: _____
Randolph H. Donatelli
LYONS & FLOOD, PLLC
The Towers, Suite 206
111 Great Neck Road
Great Neck, NY 11021
Tel: (212) 594-2400
Email: rdonatelli@lyons-flood.com

GRANTED.

SO ORDERED:

_____
Hon. Paul A. Engelmayer

December 20, 2024
New York, New York

## CERTIFICATE OF SERVICE

Randolph H. Donatelli, an attorney duly admitted to practice before this Honorable Court, affirms on this 19th day of December 2024, that he served a true copy of the foregoing on OCEAN NETWORK EXPRESS PTE. LTD.

_____
Randolph H. Donatelli