UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>*ONE APUS* CONTAINER SHIP INCIDENT ON NOVEMBER 30, 2020<br><br>---<br><br>*This Document Relates to* 22-cv-02118<br><br>STARR INDEMNITY & LIABILITY COMPANY<br><br>Plaintiff,<br>v.<br><br>STEAM LOGISTICS, LLC<br><br>Defendant. | 22-md-03028 (PAE)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action 22-cv-02118 only is voluntarily dismissed in its entirety with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: ~~April~~ May 7, 2025

| | |
|---|---|
| NICOLETTI HORNIG & SWEENEY<br><br>*Attorneys for Plaintiff*<br><br>By: *[signature]*<br>Kevin J.B. O'Malley<br>Wall Street Plaza<br>88 Pine Street, Seventh Floor<br>New York, NY 10005<br>(212) 220-3830<br>komalley@nicolettihornig.com | GIULIANO MCDONNELL & PERRONE, LLP<br><br>*Attorneys for Defendant – Third-Party Plaintiff Steam Logistics, LLC*<br><br>By: *[signature]*<br>Joseph John Perrone<br>170 Old Country Road, Suite 608<br>Mineola, NY 11501<br>(646) 328-0120<br>jperrone@gmplawfirm.com<br>agatoff@gmplawfirm.com |

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

*Attorneys for Third-Party Defendants Chidori Ship Holding, LLC, Jesscia Ship Holding S.A. and NYK Shipmanagement Pte Ltd*

By: _____
Timothy Semenoro
437 Madison Avenue
New York, NY 10022
(201) 837-9500
tsemenoro@mmwr.com

LYONS & FLOOD, LLP

*Attorneys for Third-Party Defendant Ocean Network Express Pte. Ltd.*

By: _____
Kirk M.H. Lyons
Jon Werner
The Towers, Suite 206
111 Great Neck Road
Great Neck, NY 11021
(212) 594-2400
klyons@lyons-flood.com
jwerner@lyons-flood.com

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

May 12, 2025
New York, New York

2