UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE

*ONE APUS* CONTAINER SHIP ACCIDENT ON
NOVEMBER 30, 2020

22 MD 3028 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A case management conference in the above-captioned matter is presently scheduled for

May 7, 2026 at 3 p.m. Dkt. 819. The Court reschedules this conference for May 7, 2026

at 10:30 a.m. The conference shall still be held in Courtroom 1305 at the Thurgood Marshall

U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: April 20, 2026
       New York, New York