UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>*ONE APUS* CONTAINER SHIP ACCIDENT ON<br>NOVEMBER 30, 2020 | 22 MD 3028 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth on the record of today's conference, the Court set the following

schedule, applicable to all unresolved claims within actions 21 Civ. 10177, 21 Civ. 10183, 22

Civ. 10997, and 22 Civ. 8233.[1]

- The cargo interests shall submit any outstanding claims documentation by

  **June 5, 2026**.  That deadline is final.  There will be no extensions of it.

- Any party who seeks to pursue dispute resolution before the Magistrate Judge,

  using the dispute-resolution mechanism set out in the parties' settlement

  agreement, Dkt. 575, must so move before the Magistrate Judge by

  **August 4, 2026**.

- For any unresolved claim within these matters as to which a motion has not been

  made before the Magistrate Judge by August 4, 2026, these claims will be

  resolved at trial.  The parties' joint pretrial order, as required by the Court's

  Individual Rule 5(A), is due **August 18, 2026**.  As to the content of the joint

---

[1] These are: *XL Insurance Company, (AXA) et al. v. All-Ways Forwarding Int'l Inc.*
(21 Civ. 10177), *National Union Fire Insurance Company of Pittsburgh, PA v. Kuehne + Nagel,
Inc* (21 Civ. 10183), *Hooker Furniture Corp. et al v. Terra Worldwide Logistics* (22 Civ. 10997),
and *Mitsui Sumitomo Insurance Company of America, et al v. M/V One Apus* (22 Civ. 8233).

pretrial order, and the associated submissions required in, as relevant, bench and jury trial cases, counsel are directed to review the Court's Individual Rules and Practices in Civil Cases, found at https://nysd. uscourts.gov/hon-paul-engelmayer. Any motions *in limine* are also due **August 18, 2025**.  Oppositions to motions *in limine* are due **August 25, 2026**.  These deadlines are firm.  Upon receipt of these materials, the Court will schedule a final pre-trial conference and set a trial date in early fall 2026.

By **May 15, 2026**, counsel in any case(s) involving unresolved container shell claims are to submit a joint letter, either adopting the schedule above or proposing an alternative schedule by which these claims are to be litigated.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 7, 2026
       New York, New York

2