UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

*ONE APUS* CONTAINER SHIP ACCIDENT ON NOVEMBER 30, 2020

22 MD 3028 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 6, 2026, plaintiff Hapag-Lloyd Aktiengesellschaft ("Hapag-Lloyd") commenced an action against defendants M/V One Apus, Chidori Ship Holdings LLC, Jessica Ship Holdings LLC (collectively, "defendant owners"), and NYK ShipManagement Pte Ltd. *See* 26 Civ. 5735, Dkt. 1. At a May 7, 2026 conference in the above-captioned matter, Hapag-Lloyd represented that, notwithstanding that its claims were as-yet unfiled, it would not seek to extend the schedule as to its claims beyond that of the other vessel-operating common carriers ("VOCCs"). May 5, 2026 Tr. at 41–42. On May 19, 2026, the Court set a schedule for resolution of the outstanding VOCC claims. Dkt. 836. That letter expressly noted that Hapag-Lloyd "acknowledges that, should any such claims be filed, it will comply with the scheduling order established by the Court." *Id.* at 2 n.4.

For avoidance of doubt, the Court directs that the parties in the newly-filed case, 26 Civ. 5735, to comply with its May 19, 2026 schedule, requiring:

- Plaintiff to submit any outstanding missing container shell claim information to defendants no later than **July 14, 2026**; and
- Defendant owners to consider and respond to these claims no later than **August 28, 2026**.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 8, 2026
New York, New York